ACCEPTED
03-14-00202-CV
5032109
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/24/2015 5:37:02 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00202-CV

IN THE COURT OF APPEALS
THE THIRD DISTRICT OF TEXAS
AUSTIN TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/24/2015 5:37:02 PM
JEFFREY D. KYLE
Clerk

**NEMER MASSAAD, and all other OCCUPANTS**

Appellant

V.

**WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE
FOR OPTION ONE MORTGAGE LOAN TRUST 2006-3,
ASSET BACKED CERTIFICATES, SERIES 2006-3**

Appellee.

Appeal from the County Court at Law Number One
Travis County, Texas
Trial Court Case No. C-1-CV-14-000401
Hon. Joe Carroll, presiding

**MOTION TO ALLOW APPELLANT'S BRIEF
TO EXCEED WORD COUNT**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW APPELLANT, NEMER MASSAAD, and files this Motion to Allow Appellant's Brief to Exceed Word Count, and respectfully shows the following:

1. Concurrently with this Motion, Appellant filed his Motion for Rehearing en banc.

2. Appellant's Motion for Rehearing en banc is approximately 5,202 words, excluding the parts of the brief exempted by Tex.R.App.P. 9.4(i)(2)(D). A motion for rehearing may typically not exceed 4,500 words.

3. It order to adequately address the Court's original holding and the Appellee's Brief, it was necessary to exceed the word count as stated.

4. Appellant respectfully requests the Court to accept the Motion for Rehearing.

WHEREFORE, PREMISES CONSIDERED, Appellant prays this Court grant his Motion to Allow Appellant's Brief to Exceed Word Count.

Respectfully submitted,

By: /s/ James Minerve

James Minerve
State Bar No. 24008692
115 Saddle Blanket Trial
Buda, Texas 78610
(210) 336-5867

(888) 230-6397 (Fax)
Attorney for Appellant,
Nemer Massaad

## CERTIFICATE OF CONFERENCE

On April 23, 2015, the undersigned counsel for Appellant attempted to Communicate with counsel for Appellee, Mark Cronenwett, concerning the foregoing Motion. Mr. Cronenwett did not consent nor oppose.

/s/ James Minerve

_____

James Minerve

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2015, a true and correct copy of the above and foregoing document was sent via Efile.txcourts.gov electronic filing notification system and via facsimile transmittal to the parties of record listed below:

Philip Danaher
Mark D. Cronenwett
Mackie Wolf Zientz & Mann, PC
14160 North Dallas Parkway
Parkway Office Center, Suite 900
Dallas, Texas 75254

s/s/ James Minerve

_____

James Minerve